IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MARK RANDALL COSME,

      Defendant.
_____/

CR. S-09-0487 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release MARK RANDALL COSME, Case No. CR. S-09-0487 FCD, Charge 18 U.S.C. § 472 - Passing and Uttering a Counterfeited United States Obligation, from custody subject to the conditions as stated in open Court on November 1, 2010:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ [ ]

        ____ Unsecured Appearance Bond

        ____ Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    _X_    (Other) [Defendant sentenced to TIME SERVED - Judgment and Commitment to be issued].

Issued at Sacramento, CA on November 1, 2010 at 11:00 a.m.

Dated: November 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

COSME, MARK release order.wpd    2