**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Mark Cosme

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jorge Pena, et. al.,<br><br>    Defendants | Case No.: CR. S-09-0487-FCD<br><br>**STIPULATION AND ORDER REGARDING ADVISEMENT AND WAIVER OF APPEAL RIGHTS**<br><br>DATE:   November 1, 2010<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Frank C. Damrell, Jr. |

## FACTUAL SUMMARY

On November 1, 2010, Defendant, Mark Cosme, regularly appeared for Judgment and Sentencing in the above-captioned action. He was sentenced by The Honorable Frank C. Damrell, Jr. pursuant to the "Advisory Guideline Presentence Investigation Report, dated October 12, 2010.

Apparently, the "Appeal Rights Advisement" was not stated to the defendant on the record. Upon the request of the Court and with the advice and consent of all parties including the defendant himself, all parties agree to the following stipulation.

## STIPULATION

Plaintiff, United States, through AUSA Carolyn Delaney and counsel for defendant Mark Cosme, Jan David Karowsky, Esq., hereby stipulate and agree that the defendant has signed the plea agreement in this case wherein he knowingly, intelligently, voluntarily, and after the specific advice of his counsel, Jan Karowsky, waived his appeal rights in this matter.  Further, it is stipulated and agreed that the defendant has been specifically advised by counsel that he has the right to appeal; that if he desired to appeal, he is required to file his Notice of Appeal in writing with the Court within fourteen days of the date he was sentenced, November 1, 2010; that if he could not afford an attorney for his appeal, the Court would appoint an attorney for him; and that  if he could not afford the cost of an appeal he could proceed without payment of costs.

**IT IS SO STIPULATED.**

DATED:	November 1, 2010	BENJAMIN B. WAGNER
	United States Attorney

	By  /s/ Carolyn Delaney

	Carolyn Delaney
	Assistant U.S. Attorney
	by Jan Karowsky
	With Ms. Delaney's permission


DATED:	November 1, 2010	JAN DAVID KAROWSKY
	Attorney at Law
	A Professional Corporation
	By  /s/ Jan Karowsky

	JAN DAVID KAROWSKY
	Attorney for Defendant
	Mark Cosme

**<u>ORDER</u>**

**IT IS SO ORDERED.   Good Cause Appearing, it is ordered** that the record shall reflect by the instant Order that the defendant has been specifically advised by his attorney, Jan David Karowsky, that the defendant has the right to appeal; that if he desired to appeal, he is required to file his Notice of Appeal in writing with the Court within fourteen days of the date he was sentenced, November 1, 2010; that if he could not afford an attorney for his appeal, the Court would appoint an attorney for him; and that if he could not afford the cost of an appeal he could proceed without payment of costs.

Dated:  November 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE